818 IN THE SUPREME COURT. [202

ED PARKER AND JIM PARKER (AND MRS. MARTHA WHITFIELD, ADDI-
TIONAL PARTY), v. H. W. WEBB AND J. C. WEBB, TRADING AS H. W. AND
J. C. WEBB; AND W. T. SLOAN, SHERIFF.

(Filed 8 January, 1932.)

APPEAL by defendants H. W. and J. C. Webb, from *Daniels, J.* From
ORANGE. Affirmed.

The court below rendered the following judgment: "This cause com-
ing on to be heard before the undersigned judge upon the demurrer filed
by the Fidelity and Deposit Company of Maryland, to the answer or
cross-complaint of the defendants, H. W. and J. C. Webb, and the court
being of the opinion that no cause of action is stated against the de-
fendant, the Fidelity and Deposit Company of Maryland; It is, there-
fore, ordered that the demurrer be sustained and that the defendant,
Fidelity and Deposit Company of Maryland, go without day and recover
its costs. F. A. Daniels, judge presiding."

"To the foregoing judgment the plaintiffs and the defendants, H. W.
and J. C. Webb, except, and give notice of appeal to the Supreme
Court."

The only exception and assignment of error was to the judgment as
rendered by the court below.

*Graham & Sawyer for plaintiff.*
*S. M. Gattis, Jr., for defendants Webb.*
*S. Brown Shepherd for Fidelity & Deposit Company of Maryland.*

PER CURIAM. An eminent and able judge in the court below sustained
the demurrer, after hearing arguments of counsel on the questions of
law involved.

The proviso in C. S., 1416, is as follows: "Provided that the justices
shall not be required to write their opinion in full except in cases in
which they deem it necessary." The filing of a written opinion in a
case is discretionary with the Supreme Court. *Bradsher v. Cheek,* 112
N. C., 838; *S. v. Council,* 129 N. C., 511; *Parker v. R. R.,* 133 N. C.,
335.

From a careful reading of the record and the briefs of the litigants,
we think the judgment of the court below sustaining the demurrer cor-
rect. The judgment below is
Affirmed.